J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 300-3201

Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal Entertainment, and Paragon Music Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| DFSBS Kollective Co. Ltd., et al., <br><br>              Plaintiffs, <br>     v. <br>Phillip Kuoch, et al., <br><br>              Defendants. | Case No. CV11-1047 JF <br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br>Date:   June 17, 2011 <br>Time:  10:30 a.m. <br>Court: Hon. Jeremy Fogel |

PLAINTIFFS DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal Entertainment, and Paragon Music Corp. (collectively "the DFSB Plaintiffs"), by and through their counsel of record, hereby request as follows:

WHEREAS the DFSB Plaintiffs filed their Complaint on or about March 7, 2011;

WHEREAS Defendant has executed a Waiver of Service, which was filed on or about May 26, 2011;

WHEREAS Defendant's Answer to the Complaint is not due until August 22, 2011, due to Defendant's presence outside of the United States and execution of the Waiver of Service;

WHEREAS Defendant is located in Australia, making coordination of conferences, documents, and court appearances difficult;

WHEREAS the Parties are currently working to resolve this matter without further Court intervention;

WHEREAS continuing the Case Management Conference would allow the Parties to continue working towards settlement as well as allow sufficient time for Defendant to file his Answer; and

NOW, THEREFORE, the DFSB Plaintiffs respectfully request the Court continue the Case Management Conference for approximately ninety (90) days, or not earlier than September 16, 2011.

DATED:  June 10, 2011                         J. Andrew Coombs, A Professional Corp.


By: ____/s Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal Entertainment, and Paragon Music Corp.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.  The Case Management Conference is continued to 9/16/11.
DATED:  __6/15/11_____, 2011

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Courts of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On June 10, 2011, I served the:

- REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

for the following civil action:

DFSB Kollective Co. Ltd., et al. v. Phillip Kuoch, et al.

on the following interested parties in this action:

> Phillip Kuoch, an individual and d/b/a kaboomza.com and kaboomza.blogspot.com
> 75 Henderson Rd.
> Keysborough 3173
> Melbourne Australia
> *phillipkuoch@hotmail.com*

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California
Executed on June 10, 2011, at Glendale, California


_____/s Nicole L. Drey_____
Nicole L. Drey