J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs DFSB
Kollective Co. Ltd., in conjunction with
Jungle Entertainment, Woolim
Entertainment, Aftermoon Music
Entertainment, Inc., BooHwal
Entertainment, and Paragon Music Corp.

Phillip Kuoch, an individual and d/b/a
kaboomza.com and kaboomza.blogspot.com
*phillipkuoch@hotmail.com*
75 Henderson Road
Keysborough 3173
Melbourne Australia

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| DFSB Kollective Co. Ltd., Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal Entertainment, and Paragon Music Corp.,<br><br>Plaintiffs,<br><br>v.<br><br>Phillip Kuoch, an individual and d/b/a kaboomza.com and kaboomza.blogspot.com, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-1047 JF<br><br>[PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal

Entertainment, and Paragon Music Corp. (collectively the "DFSB Plaintiffs") and Defendant Phillip Kuoch, an individual and d/b/a kaboomza.com and kaboomza.blogspot.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) The DFSB Plaintiffs are the respective owners of all rights in and to certain copyright registrations, including, but not limited to, the copyrights which are the subject of the registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as the "DFSB Plaintiffs' Works").

3) The DFSB Plaintiffs have alleged that Defendant has made unauthorized uses of the DFSB Plaintiffs' Works and/or materially contributed to the infringement of the DFSB Plaintiffs' Works by others and/or induced the infringement of the DFSB Plaintiffs' Works by others.

4) The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing the DFSB Plaintiffs' Works, either directly or secondarily, in any manner, including generally;

    b) Copying, reproducing, distributing, advertising, publicly performing, and/or publicly displaying the DFSB Plaintiffs' Works, without authorization from the DFSB Plaintiffs, specifically including, but not limited to:

        i) Posting images of any album cover art from any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

      ii) Uploading any of the DFSB Plaintiffs' Works to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

      iii) Streaming any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms; and

      iv) Offering for download any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

c) Contributing to, assisting, aiding, abetting, or facilitating the copying, reproduction, distribution, advertisement, public performance, and/or public display of the DFSB Plaintiffs' Works, specifically including, but not limited to:

      i) Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for download;

      ii) Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for streaming; and

      iii) Providing instructions and/or answering questions on how to find, download, and/or stream unauthorized copies of the DFSB Plaintiffs' Works;

d) Inducing the copying, reproduction, distribution, advertisement, public performance, and/or public display of the DFSB Plaintiffs' Works, specifically including, but not limited to:

      i) Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s),

        or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for download;

  ii)    Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for streaming;

  iii)    Providing instructions and/or answering questions on how to find, download, and/or stream unauthorized copies of the DFSB Plaintiffs' Works; and

  iv)    Encouraging, enticing, persuading, and/or intending any third-parties to engage in any form of infringement of the DFSB Plaintiffs' Works, including those other acts proscribed herein.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by the DFSB Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and [Proposed] Final Judgment, and requesting entry of judgment against Defendants, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the

enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: F€Ï£ÐÆFF

[signature]

ROÜÒT Y ÆÙ Ò Ð S
W}ãc^åÂÙcæe^•ÃÖãcã&cÁR˘å*^Á

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., BooHwal Entertainment, and Paragon Music Corp.

Phillip Kuoch, an individual and d/b/a kaboomza.com and kaboomza.blogspot.com

By: [signature]
    Phillip Kuoch, an individual and d/b/a
    kaboomza.com and kaboomza.blogspot.com
Defendant, *in pro se*

# EXHIBIT A

# THE DFSB PLAINTIFFS' WORKS

| Performer | Track | Album | Registration Number | Copyright Claimant |
|---|---|---|---|---|
| BooHwal | [Seug Gak Eeh Na] Remembering | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Tto Da Si Sa Rang Eeh] Again Love Again | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | OZ | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Uh Jae] Yesterday | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Seul Peun Sa Seum] Sad Dear | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Heuk Baek Young Hwah] Black & White Movie | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| Dok2 | I'm Back | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | You Don't Know | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | It's Me (feat. Joo Young) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | Beyond | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | [Hoom Chuh] Rob It (feat. Double K) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | 64% (feat. Beatbox DG) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | [Ma Ji Mak] Last (feat. Mr.Gordo) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | It's Me (feat. Epik High & MYK) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Epik High | [Suh Rap] Shelves | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Run | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Ba Bo] Fool (feat. Bumkey) | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Wordkill | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Blossom | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Bi Neul] Skin (feat. Yankie) | Epilogue | PA 1-673-425 | Woolim Entertainment |

| | | | | |
|---|---|---|---|---|
| Epik High | [Jap Eum] Distorted | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Coffee (feat. SungAh) | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Over | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Soop] Roots | Epilogue | PA 1-673-425 | Woolim Entertainment |
| House Rulez | Happy 2010 | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | Dee | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | [Gyuh Oor Eeh Ya Gi] Winter Story | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | [Gyuh Oor Eeh Ya Gi] Winter Story (Sax Version) | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | Sherbet | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| J.ae | No.5 (Rap feat.Eun JiWon) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Gnh Jit Mar] Lie | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | ShaReuReu (I Wanna be Your Love) (feat. Jung Yup) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Kkeut Eul Mar Har Soon Up Uh Do] Can't Say it's Over (feat. MBLAQ 'Zio') | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | Angel's Disguise (From Coreana Cosmetics OVLEAU TV Commercial) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Nur Sa Rang Het Eul Kka?] Did I Love You? | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | Love | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| LeeSSang | Intro (Hexagonal) (feat. Enzo.B) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Woo Ri Ji Geum Man Na) Let's Meet Now (feat. Chang Kiha & The Faces) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [HaeUhJiJiMotHaNeun YuhJa, Ttuh NaGaJiMotHaNeunNa | Hexagonal | PA 1-673-512 | Jungle Entertainment |

DFSB, et al. v. Kuoch: [Proposed] Consent Decree      - 7 -

| | | | | |
|---|---|---|---|---|
| | mJa) Can't Breakup Girl, Can't Breakaway Boy (feat. Jung In) | | | |
| LeeSSang | Carousel (feat. Lee Juk) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Byun Hae Ga Nae) Changing (feat. Jung In) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Bu Suh Jin Dong Nae) Shattered Neighborhood (feat. Lucid Fall) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Il Tuh) Workplace (feat. Bizzy) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Journey (feat. Casker) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Dying Freedom (feat. Kim Bada) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Skit - [Bur Chik] Penalty | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Woon Myung] Fate (feat. Malo) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Run (feat. YB) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | To. LeeSSang | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Canvas | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Skit - [Nae Mom Eun Nuh Reul Ji Wot Da] My Body Erased You | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| Yoonmirae | [Ttuh Na Ji Ma] Please Don't Go | Please Don't Go | PA 1-673-400 | Jungle Entertainment |
| Yoonmirae | [Ttuh Na Ji Ma] Please Don't Go (Instrumental) | Please Don't Go | PA 1-673-400 | Jungle Entertainment |

**PROOF OF SERVICE**

   I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Courts of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

   On October 6, 2011, I served the:

- JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION
- [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

for the following civil action:

   <u>DFSB Kollective Co. Ltd., et al. v. Phillip Kuoch, et al.</u>

on the following interested parties in this action:

> Phillip Kuoch, an individual and d/b/a kaboomza.com and kaboomza.blogspot.com
> 75 Henderson Rd.
> Keysborough 3173
> Melbourne Australia
> *phillipkuoch@hotmail.com*

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California
Executed on October 6, 2011, at Glendale, California

        _/s/ Katrina Bartolome_
        Katrina Bartolome